**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Shaw's Supermarkets, Inc.
    Plaintiff

        CIVIL ACTION

    V.

        NO. 1:10-cv-11235-JLT

J.H. Lynch & Sons, Inc. , et.al.
    Defendants

**SETTLEMENT ORDER OF DISMISSAL**

TAURO, D. J.

The Court having been advised on January 12, 2012, by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

        By the Court,

January 12, 2012          /s/ Zita Lovett

  Date          Deputy Clerk